MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

WILLIAM R. PLETCHER (CABN 212664)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Will.Pletcher@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00740 DLJ |
| Plaintiff, ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| LORENZO ANDRADE PARTIDA, ) | Date: October 20, 2010 |
| Defendant. ) | Time: 10:00 a.m. |

**ORDER**

    GOOD CAUSE APPEARING, because the government has recently produced discovery to the defense, which the defense has not yet had an opportunity to review, and the defense requires time to investigate and prepare for the trial of this matter, taking into account the exercise of due diligence, the Court finds that the ends of justice served by excluding the period from October 20, 2010, to November 5, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

//

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
CR 09-00740 DLJ

1  //

2  IT IS HEREBY ORDERED:

3  The period from October 20, 2010, to November 5, 2010, is excluded from the
4  Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§
5  3161(h)(7)(A) and (B)(iv).
6  SO ORDERED.

8  DATED: October  20, 2010

   DONNA M. RYU
   United States Magistrate Judge

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
CR 09-00740 DLJ